Missouri with respect to liability under the insurance contract. It is our conclusion that the district court was correct in its decision. No useful purpose would be served by a statement of the facts from which the controversy arose or of the principles controlling the decision. The judgment of the district court is

Affirmed.

GLOBE INDEMNITY COMPANY, Appellant,

v.

AMERICAN INSURANCE COMPANY, Appellee.

No. 23812.

United States Court of Appeals
Fifth Circuit.

May 8, 1967.

Donald A. Pleasants, of Shackleford, Farrior, Stallings, Glos & Evans, Tampa, Fla., for appellant.

John W. Boult, Marvin E. Barkin, Tampa, Fla., Fowler, White, Collins, Gillen, Humkey & Trenam, Tampa, Fla., of counsel, for appellee.

Before JONES, GEWIN and SIMPSON, Circuit Judges.

PER CURIAM:

The controversy concerns the frequently recurring question as to which of two insurance companies had the public liability coverage on an automobile which was negligently operated and involved in a collision. The legal issue involves the conclusion by a Federal district court sitting in Florida applying the law of

Gerald Henry IRVING, Jr., Appellant,

v.

J. Boyce HOLLEMAN and Gaston H. Hewes, Appellees.

No. 23712.

United States Court of Appeals
Fifth Circuit.

May 11, 1967.

Ebb J. Ford, Jr., Gulfport, Miss., G. Garland Lyell, Jr., Jackson, Miss., for appellant.

J. Boyce Holleman, Dist. Atty., Wiggins, Miss., for appellees.

Before RIVES, COLEMAN and GODBOLD, Circuit Judges.

PER CURIAM:

By action in United States District Court the appellant sought abatement of a state criminal action pending against him, claiming violation of his constitutional rights by failure of state officers to comply with a state court order requiring that they produce and furnish copies of statements of witnesses and of appellant.

It is unnecessary for this Court to consider any of the jurisdictional and other questions raised by this proceed-

ing, since immediately after it was filed substantially all the statements were furnished to appellant's counsel and the state court granted appellant's request for a continuance of the criminal trial.

The order of the District Court dismissing the cause is affirmed, without prejudice to any matters properly raised and pending in Gerald Henry Irving, Jr. v. C. E. Braseale, Superintendent of Mississippi State Penitentiary et al., No. 24,606, now pending in this Court on appeal from the United States District Court for the Southern District of Mississippi.